

United States District Court

Southern District of Florida  12-2862-McAliley

UNITED STATES OF AMERICA
Plaintiff

CASE NUMBER: CR: 12-00533

VS.

REPORT COMMENCING CRIMINAL ACTION

AHMED TARIQ ASGHARI
Defendant

9F214-004
USMS NUMBER

TO: CLERK'S OFFICE        (MIAMI)        FT. LAUDERDALE        W. PALM BEACH
U.S. DISTRICT COURT        (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS.    INFORMATION THAT IS NOT APPLICALBE, MARK   N/A

(1) DATE AND TIME OF ARREST: 3:00 AM  6/15/2012  A.M ___ P.M. ___
(2) LANGUAGE SPOKEN: English, Farsi
(3) OFFENSE CHARGED: Attempted Bank Fraud, ID Theft
(4) DATE OF BIRTH: 8/12/79
(5) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
   [X] INDICTMENT            { } COMPLAINT TO BE FILED/ALREADY FILED
   { } BENCH WARRANT FOR FAILURE TO APPEAR
   { } PROBATION VIOLATION WARRANT
   { } PAROLE VIOLATION WARRANT

(6) REMARKS:

(7) DATE: 6/15/2012  (8) ARRESTING OFFICER: Darin Didier

(11) COMMENTS: