UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-MJ-02862-CMM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AHMED TARIQ ASGHARI,

    Defendants.
_____/

## NOTICE OF TEMPORARY LIMITED APPEARANCE

PLEASE TAKE NOTICE that CARLTON FIELDS, Paul A. Calli, Esq. and Marissel Descalzo, Esq. enter their temporary appearance as local counsel only for purpose of allowing permanent counsel Tina Glandian, Esq. of Geragos & Geragos, APC to appear pro hac vice for the removal and detention or bond hearing for the Defendant, AHMED TARIQ ASGHARI in the above-styled cause.

Undersigned Counsel is not engaged for any proceedings outside this district nor for any proceedings beyond the pro hac vice, removal and detention hearings.

                                              Respectfully submitted,

                                              *s/* Paul A. Calli_____
                                              Paul A. Calli, Esq.
                                              Florida Bar No. 994121
                                              E-mail: pcalli@carltonfields.com
                                              Marissel Descalzo, Esq.
                                              Florida Bar No. 669318
                                              Email: mdescalzo@carltonfields.com
                                              CARLTON FIELDS
                                              100 S.E. 2nd Street
                                              4000 International Place
                                              Miami, Florida 33131-2114
                                              Telephone: (305) 530-0050

Case No. 12-MJ-02862-CMM-1

Facsimile: (305) 530-0055
*Temporary Counsel for*
*Defendant Ahmed Tariq Asghari*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been filed via electronic mail with the Clerk of the Court by using CM/ECF System which will send a notice of electronic filing to the following counsel of record or pro se parties identified in the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 21st day of June, 2012.

*s/* Paul A. Calli
Paul A. Calli